On appellant's petition for reconsideration filed April 15, reconsideration allowed; former opinion (227 Or App 9, 204 P3d 852) modified and adhered to as modified May 27, 2009

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

ANDREW FREDERIC PULCIPHER,
*Defendant-Appellant.*

Washington County Circuit Court
C020754CR, C020987CR, C013620CR;
A118944 (Control), A120457, A120070

209 P3d 380

Peter Gartlan, Chief Defender, and Rebecca Duncan, Assistant Chief Defender, Office of Public Defense Services, for petition.

Before Landau, Presiding Judge, and Brewer, Chief Judge, and Haselton, Judge.

PER CURIAM

**PER CURIAM**

Defendant petitions for reconsideration of our opinion in *State v. Pulcipher*, 227 Or App 9, 204 P3d 852 (2009), on the basis that we erred in describing his sentence on Count 9 of the indictment as a "consecutive 12-month departure sentence." *Id.* at 11. In reviewing the record, we agree with defendant. The sentence imposed on Count 9 of the indictment was a *consecutive* 12-month sentence, not a "consecutive *departure* sentence." Our erroneous description of defendant's sentence on Count 9 had no effect on our analysis in the remainder of the opinion. Accordingly, we adhere to our opinion as modified to correct the description of defendant's sentence on Count 9.

Reconsideration allowed; former opinion modified and adhered to as modified.